UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

      -against-

Bradley Leavitt

                        Defendant.

Case No.: 25MJ1824 (KPB)

**ORDER OF DISMISSAL**

---

    Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated: 5 day of September, 2025
White Plains, New York